**No. P68/217.**—E. Miltenberg, Inc. *v.* United States, protest 67/44880 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of striking hammers (sledges) similar in all material respects to those the subject of *James S. Baker (Imports) Co.* and *Ted L. Rausch et al.* v *United States* (58 Cust. Ct. 553, C.D. 3048), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 24, 1968

**No. P68/218.**—Sears, Roebuck and Co. *v.* United States, protests 295377–K, etc. (Philadelphia).

**No. P68/219.**—Sears, Roebuck and Co. *v.* United States, protests 297806–K, etc. (Los Angeles).

**No. P68/220.**—Sears, Roebuck and Co. *v.* United States, protests 312617–K and 58/4192 (Portland, Oreg.).

**No. P68/221.**—Sears, Roebuck and Co. *v.* United States, protests 313381–K/14937 and 313392–K/14842 (New Orleans).

**No. P68/222.**—Sears, Roebuck and Co. *v.* United States, protest 322707–K (San Francisco).

**No. P68/223.**—Sears, Roebuck and Co. *v.* United States, protests 60/13905 and 61/4990 (Seattle).

**No. P68/224.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 60/30780–11549, etc. (Chicago).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.